FORM C9B
1ECB919469 – EMERY CELLI BRINCKERHOFF & ABADY LLP

UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

---

DARRYL WILLIAMS,

    PLAINTIFF

– vs. –

CITY OF NEW YORK ET AL,

    DEFENDANT

---

Index No: **07 CV 11055**
Date Filed: **12/06/2007**
Office No:
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**DAVID GOLDBERG** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **12/12/2007** at **10:26AM** at **100 CHURCH STREET 4TH FLOOR, NEW YORK, NY 10007**, I served a true copy of the **SUMMONS AND COMPLAINT JURY TRIAL DEMAND** upon **CITY OF NEW YORK** the **DEFENDANT** therein named by delivering to, and leaving personally with **TAMIKIA MENDEZ GAMMON, AUTHORIZED TO ACCEPT**, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

| | | |
|---|---|---|
| SEX: **FEMALE** | COLOR: **BLACK** | HAIR: **BLACK** |
| APP. AGE: **40** | APP. HT: **5'4** | APP. WT: **120** |
| OTHER IDENTIFYING FEATURES: | | |

Sworn to before me on **12/13/2007**.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

DAVID GOLDBERG – 916033
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
EG