FORM C9B
1ECB919471 – EMERY CELLI BRINCKERHOFF & ABADY LLP

UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

---------------------------------------------------

DARRYL WILLIAMS,

    PLAINTIFF

– vs. –

CITY OF NEW YORK ET AL,

    DEFENDANT

---------------------------------------------------

Index No: **07 CV 11055**
Date Filed: **12/06/2007**
Office No:
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**DAVID GOLDBERG** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **12/12/2007** at **10:52AM** at **60 HUDSON STREET/LEGAL DEPT. 6TH FLOOR, NEW YORK, NY 10013**, I served a true copy of the **SUMMONS AND COMPLAINT JURY TRIAL DEMAND** upon **COMMISSIONER MARTIN F HORN NYC DEPARTMENT OF CORRECTIONS** the **DEFENDANT** therein named by delivering to, and leaving personally with **"JOHN" JONES**, , a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

    SEX: **FEMALE**    COLOR: **BLACK**    HAIR: **BLACK**
    APP. AGE: **40**    APP. HT: **5'3**    APP. WT: **135**
    OTHER IDENTIFYING FEATURES:

Sworn to before me on **12/13/2007**.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

DAVID GOLDBERG – 916033
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST. ROOM 1110
NEW YORK, NY 10007
EG