FORM C9B
1ECB919470 – EMERY CELLI BRINCKERHOFF & ABADY LLP

UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

---------------------------------------------

**DARRYL WILLIAMS,**

    PLAINTIFF

– vs. –

**CITY OF NEW YORK ET AL,**

    DEFENDANT

---------------------------------------------

Index No: **07 CV 11055**
Date Filed: **12/06/2007**
Office No:
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**DAVID GOLDBERG** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **12/12/2007** at **10:52AM** at **60 HUDSON STREET/LEGAL DEPT. 6TH FLOOR, NEW YORK, NY 10013**, I served a true copy of the **SUMMONS AND COMPLAINT JURY TRIAL DEMAND** upon **CHIEF OF DEPARTMENT CAROLYN THOMAS NYC DEPARTMENT OF CORRECTION** the **DEFENDANT** therein named by delivering to, and leaving personally with **"JOHN" JONES,** , a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

SEX: **FEMALE**        COLOR: **BLACK**        HAIR: **BLACK**
APP. AGE: **40**        APP. HT: **5'3**        APP. WT: **135**
OTHER IDENTIFYING FEATURES:

Sworn to before me on **12/13/2007**.

HARVEY TALBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

DAVID GOLDBERG – 916033
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
EG