UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**DARRYL WILLIAMS**
                    Plaintiff,

-v-

Case No. 07-CV-011055 (RJS)

**CITY OF NEW YORK,**

ORDER

                    Defendants.

RICHARD J. SULLIVAN, District Judge:

The above entitled action is referred to Magistrate Judge Ellis for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Specific Non-Dispositive Motion/Dispute:*

_____

_____

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Habeas Corpus

_x_ Settlement* -The parties request a settlement conference by May 15, 2008.

___ Social Security

___ Inquest After Default/Damages Hearing

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions: _____

* Do not check if already referred for general pretrial.

**SO ORDERED.**
DATED:    New York, New York
          April 11, 2008

                                           RICHARD J. SULLIVAN
                                           United States District Judge