UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X

DARRYL WILLIAMS,

                                                                  Index No.: 07 Civ. 11055
                                                                  (RJS)

                Plaintiff,                                  ECF

    – against –                                            **NOTICE OF**
                                                                  **APPEARANCE**

CITY OF NEW YORK; COMMISSIONER MARTIN F. HORN;
CHIEF OF DEPARTMENT CAROLYN THOMAS; DEPUTY
COMMISSIONER RICHARD R. WHITE; OFFICER STEVEN
SARNO, SHIELD NO. 16084; OFFICER VERNAL ELCOCK,
SHIELD NO. 14207; OFFICER MONIQUE SHEPPARD,
SHIELD NO. 9215; and JOHN DOES 1-10,

                                       Defendants.
-------------------------------------------------------------------------------X

        PLEASE TAKE NOTICE that Jonathan S. Chasan (JSC 9018) of the LEGAL AID SOCIETY, 199 Water Street, New York, New York 10038 hereby appears as counsel for plaintiff in the above entitled action and demands that all papers filed through the ECF system be served upon him by email and at the office and post office address stated below.

Dated: New York, New York
       April 17, 2008

                                                     /s/
                                   By:  _____
                                            JONATHAN S. CHASAN (JSC 9018)
                                            jchasan@legal-aid.org
                                            LEGAL AID SOCIETY
                                            199 Water Street, 6th Floor
                                            New York, New York 10038
                                            (212) 577-3530